UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BARBARA JAMES,** | * | CIVIL ACTION |
| **wife of/and** | * | |
| **WILLIAM E. JAMES, III** | | *NO.: |
| | * | |
| **versus** | * | SECTION " " |
| | * | |
| **UNDERWRITERS AT LLOYD'S** | * | MAGISTRATE ( ) |
| **LONDON (LLOYDS OF LONDON)** | | |
| **AND STEPHEN W. GILBERT** | * | |
| | * | |

* * * * * * * * * * * * * *

**COMPLAINT**

NOW INTO COURT, through undersigned counsel, come complainants herein, **BARBARA JAMES, WIFE OF/AND WILLIAM E. JAMES, III**, both persons of the full age of majority and residents of and domiciled in the State of Florida, who, with respect, allege and aver as follows:

1.

Jurisdiction of this Honorable Court is based upon diversity of citizenship of the parties. 28 U.S.C. 1332.

2.

The amount in controversy herein exceeds the sum of Seventy Five Thousand Dollars and No Cents ($75,000.00).

3.

The following parties made defendants in this lawsuit are made liable unto your complainants, jointly, severally and in solido, in a sum to be determined by this

Honorable Court, together with legal interest thereon from date of judicial demand until paid:

(A) **UNDERWRITERS AT LLOYD'S, LONDON (LLOYDS OF LONDON),** a foreign insurer authorized to do and in fact doing business in the Parish of Jefferson, State of Louisiana;

(B) **STEPHEN W. GILBERT** (hereinafter referred to as "**GILBERT**"), a person of the full age of majority and a resident of and domiciled in Kenner, Parish of Jefferson, State of Louisiana.

4.

Based upon information and belief at all times pertinent herein, the defendant, **LLOYD'S**, had in full force and effect a liability policy providing coverage to the defendant, **GILBERT**, which policy afforded coverage for the legal liability claimed in this Petition.

5.

On or about February 5, 2016 at approximately 8:55 a.m., defendant, **GILBERT** was operating a golf cart at the Chateau County Club located at 3600 Chateau Boulevard in Kenner, Louisiana, when suddenly and without warning, he struck and rolled over plaintiff, **WILLIAM E. JAMES, III**, dragging him several feet, and thereby causing the painful personal injuries sustained by plaintiff, and more fully described below.

6.

Complainants aver that the proximate cause of the above described accident and resulting personal injuries and damages to complainants was the negligence of defendant, **GILBERT**, in the following non-exclusive particulars, to-wit:

a) Failure to see what he should have seen;

b) Failure to maintain a proper lookout;

c) Failure to have the golf cart under control;

d) Reckless operation of a golf cart;

e) Careless operation of a golf cart; and

f) Failure to have knowledge and training in how to operate the golf cart; and

g) Any and all acts of negligence which may be discovered during the course of these proceedings or proved at the trial herein.

7.

As a direct result of the accident described in the foregoing, complainant, **WILLIAM E. JAMES, III**, suffered severe, painful and permanent personal injuries, including but not limited to, left knee pain (tear of the medial collateral ligament and a non-displaced lateral tibial plateau fracture), right knee pain, right hand pain, forehead contusion, head contusion, and numerous bruises and abrasions.

8.

As a direct result of the accident described in the foregoing, complainant, **WILLIAM E. JAMES, III**, has sustained general and special damages which he include but is not limited to pain and suffering, mental anguish and distress, medical expenses, disability, and loss of enjoyment of life.

9.

Because of the aforementioned negligence and strict liability of the aforementioned defendants and the serious and disabling injuries sustained by complainant, **WILLIAM E. JAMES, III**, complainant **BARBARA JAMES** has

sustained damage in the form of loss of consortium, loss of service and loss of society which has diminished and/or deprived her from any benefit which heretofore existed between herself and her husband, including loss of love and affection, care, attention, companionship, comfort, protection, sexual relations, among other losses to be shown at the trial of this matter, and she is entitled to a sum to be determined by this Honorable Court.

10.

Complainants request a **trial by jury**.

WHEREFORE, complainants, **BARBARA JAMES, WIFE OF/AND WILLIAM E. JAMES, III**, respectfully pray that defendants, **UNDERWRITERS AT LLOYD'S, LONDON (LLOYDS OF LONDON)** and **STEPHEN W. GILBERT**, each be served with a copy of this Complaint and be duly cited to appear and answer same, and that, after due proceedings had, there be judgment herein in favor of complainants, **BARBARA JAMES, WIFE OF/AND WILLIAM E. JAMES, III,** and against the defendants, **UNDERWRITERS AT LLOYD'S, LONDON (LLOYDS OF LONDON)** and **STEPHEN W. GILBERT** jointly, severally and in solido in a sum to be determined by this Honorable Court together with legal interest from date of judicial demand until paid and for all costs of these proceedings including expert witness fees and for all such general and equitable relief as law, equity and the nature of the case may permit.

s/s LEONARD J. CLINE
3021 35th Street, Suite A
Metairie, LA 70001
(504) 838-8254
(504) 838-9146 (facsimile)
clinelawoffice@gmail.com
Attorney for Plaintiffs

**PLEASE SERVE WITH COMPLAINT:**

**UNDERWRITERS AT LLOYD'S, LONDON**
**(LLOYDS OF LONDON)**
Through its agent for service of process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

**STEPHEN W. GILBERT**
5504 Erlanger Road
Kenner, LA 70065